# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BARRY E. SWYGERT**                                                                               **PLAINTIFF**

**v.**                                **CASE NO.  5:08cv00306 BSM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                         **DEFENDANT**

## JUDGMENT

Judgment is entered in accordance with the court's order entered today.  This case is reversed and remanded for action consistent with the court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE